ASSETS COLLECTING COMPANY, Appellant, v. SAMUEL J. GOLDSMITH et al., Defendants, and EMANUEL J. MYERS et al., Respondents.

*Assets Collecting Co.* v. *Myers*, 170 App. Div. 265, affirmed.
(Argued November 25, 1918; decided December 10, 1918.)

APPEAL from a judgment, entered January 19, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion by defendants for judgment on the pleadings and granted said motion. The action was brought to recover damages for the alleged malicious prosecution of a bankruptcy proceeding in the United States District Court for the Southern District of New York to have Otto Heinze & Co., as

copartners and the individual members, adjudicated involuntary bankrupts, and of which cause of action plaintiff claimed to be the assignee by divers *mesne* assignments.

*Lawrence E. Brown* and *Ferdinand E. M. Bullowa* for appellant.

*Louis Marshall, Emanuel J. Myers* and *Gordon S. P. Kleeberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.